Local AO 470 (Rev. 11/16) Order Scheduling a Hearing

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:22-CR-184-12 |
| Victor Manuel Partida-Ojeda | ) | |

**ORDER SCHEDULING**

**DETENTION HEARING**

A hearing in this case is scheduled as follows:

| **Type:** Detention Hearing | **Date and Time:** Monday, October 31, 2022 at 11:00am |
|---|---|
| **Place:** U.S. Federal Courthouse | **Courtroom No.:** SEE Note. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

NOTE: Judge Senechal and interpreter (GC) will be present in the Grand Forks Courtroom. USA and USPO will be appearing via video from Fargo Courtroom 2. Attorney Grant will be appearing via video from the Minot Courtroom. Defendant will be appearing via video from the Ward County Jail in Minot.

Date: 10/27/2022

/s/ Alice R. Senechal
*Judge's signature*

Alice R. Senechal, Magistrate Judge
*Printed name and title*