# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | Case No.: **3:22-CR-00184** |
| Plaintiff, | ) ) |  |
| vs. | ) ) | **DEFENDANT'S MOTION** |
| JEREMY WILLIAM HOOVER, | ) ) | **FOR CONTINUANCE** **OF TRIAL** |
| Defendant. | ) ) |  |

Comes now the Defendant, Jeremy William Hoover, by and through his attorney, Darla J. Schuman, and respectfully asks this Court's Order granting his motion to continue his trial currently set for August 1, 2023, at 9:30 a.m. with Federal Chief District Court Judge Peter Welte..

This motion is made with good cause and pursuant to Rule 7 of *Federal Rules of Criminal Procedure* on the grounds:

1.) That this request is made in the interest of justice and not for the purposes of delay.

2.) Mr. Hoover indicated to Defense Counsel that he was potentially interested in settling his federal case.

3.) Assistant U.S. Attorney Alexander Stock discussed with Defense Counsel Darla Schuman on June 20, 2023, that additional time would be required. AUSA Stock had therefore no objection to the Court granting a continuance of the Defendant's trial for sixty (60) days while discussions to finalize this case commence.

2

WHEREFORE, Defendant, Jeremy William Hoover, respectfully requests the Court's Order to reset his August 1, 2023, trial date to the U.S. District Court's criminal trial calendar after September of 2023.

Dated this 20th of June, 2023.

/s/ Darla J. Schuman
_____
Darla J. Schuman
ND ID # 06152
Schuman Law Office
2860 10th Avenue N., Suite 500
Grand Forks, ND  58203
Telephone: (701) 757-3357
Fax No:  (701) 757-0455
Email:  lawfirmmaildjs@aol.com
ATTORNEY AT LAW