IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL TORY HAUGLAND,<br><br>Defendant. | Case No. 3:22-cr-184-15<br><br>**UNITED STATES' RESPONSE TO MOTION FOR FURLOUGH TO ATTEND CD EVALUATION AT SHAREHOUSE** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Alexander J. Stock, Assistant United States Attorney, has received the defendant's Motion for Furlough to Attend CD Evaluation at Sharehouse. (Doc. 461.) The United States opposes the motion for the reasons set forth below.

The defendant is charged with one count of Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances. (Doc. 81.) The alleged charge in count one carries a minimum mandatory sentence of 10 years' imprisonment, with a maximum sentence of life. The defendant is currently under an Order for Detention Pending Trial following a detention hearing. (Doc. 60.)

The Court's detention finding notes that there is a rebuttable presumption for detention when the charged offense carries a maximum sentence of imprisonment of 10 years or more as prescribed in the Controlled Substances Act. Id. The offense for which the defendant is charged meets the criteria establishing a rebuttable presumption for detention. The defendant had a detention hearing at which time the United States proffered evidence from the Complaint Affidavit, as well as the bond report, in support of his

detention. Id. The Court determined that the presumption of detention, accompanied by the defendant's history of violating court ordered release conditions, failures to appear, and the fact the current charges allegedly occurred while on supervision indicated no condition or combination of conditions was sufficient to release him. Id. He now seeks a furlough to travel from the Sherburne County Jail to Fargo for an evaluation at Sharehouse. He further requests that his fiancé be allowed to transport him, or in the alternative, his father. It should be noted that the defendant was in a relationship and residing with his fiancé during the time period of this alleged offense. Further, no information is provided as to his father, other than his name. Finally, it seems that there are other providers closer to Sherburne County that could perform the evaluation, and potentially do so at the jail or by phone or video. None of these options appear to have been explored by the defendant.

For the reasons set forth above, the United States opposes the motion for furlough and requests that the Court deny the motion.

Dated: July 18, 2023

                                          MAC SCHNEIDER
                                          United States Attorney

By:   */s/ Alexander J. Stock*
       ALEXANDER J. STOCK
       Assistant United States Attorney
       ND Bar ID 07979
       655 First Avenue North, Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       alexander.stock@usdoj.gov
       Attorney for United States