### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-cr-184-9 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Matthew Zenon Wood, | ) | |
| | ) | |
| Defendant. | ) | |

Matthew Zenon Wood, acting pro se, filed a "Motion to Keep (6th) Amendment Right Intact to Enjoy the Right to a Speedy and Public Trial." (Doc. 528) (spelling altered). Because he is represented by counsel, the court will not consider the motion at this time. See Abdullah v. United States, 240 F.3d 683, 685-86 (8th Cir. 2001). Wood's motion is therefore **DENIED**.

    **IT IS SO ORDERED**.

Dated this 22nd day of September, 2023.

                                                 */s/ Alice R. Senechal*
                                                 Alice R. Senechal
                                                 United States Magistrate Judge