### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION TO** |
| vs. | ) | **CONTINUE JURY TRIAL** |
| | ) | |
| JESSICA TROTTIER, | ) | Case. No.: 3:22-cr-184 |
| | ) | |
| Defendant. | ) | |

[¶1] Comes now the Defendant, Jessica Trottier, by and through her counsel, Tyler J. Morrow, and respectfully requests an Order continuing the jury trial scheduled for January 9th, 2024, at 9:30 am., in the above-entitled matter, for the following reasons:

[¶2] The Defendant's attorney requests additional time to review voluminous discovery and prepare for trial and/or conclude plea negotiations.

[¶3] The Defendant's attorney has a prior commitment on January 8th-12th, 2024.

[¶4] The government has no objection to the continuance.

[¶ 5] THEREFORE, Defendant and her attorney respectfully request this Court enter an order to continue jury trial set for January 9th, 2024, at 9:30 am.

Dated: November 9, 2023.        /s/ Tyler J. Morrow
　　　　　　　　　　　　　　　ND #06923
　　　　　　　　　　　　　　　Morrow Law Office
　　　　　　　　　　　　　　　527 Demers Avenue
　　　　　　　　　　　　　　　Grand Forks, ND 58201
　　　　　　　　　　　　　　　T: (701) 772-8991
　　　　　　　　　　　　　　　F: (701) 795-1769
　　　　　　　　　　　　　　　E: tyler@morrowlawfirms.com
　　　　　　　　　　　　　　　*Attorney for Defendant*