IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| **United States of America,** | ) | CASE #: 3:22-cr-00184 |
| | ) | |
| Plaintiff, | ) | MATTHEW WOOD OBJECTION |
| | ) | TO TROTTIER'S MOTION |
| v. | ) | TO CONTINUE TRIAL AND DEMAND |
| | ) | FOR SPEEDY TRIAL |
| **Matthew Zenon Wood,** | ) | |
| | ) | |
| Defendant. | ) | |

**¶1** Matthew Zenon Wood (hereinafter "Wood"), by and through his counsel Lynn M. Boughey, objects to the motion to continue made by Jessica Marie Trottier [578]. Mr. Wood has consistently and persistently asserted that he never should have been charged, that the government itself has admitted during court hearings that he has had nothing to do with the drugs allegedly involved in this case by other defendants, and that the government has no evidence tying him to any illegal activity conducted by the other defendants and has no evidence that he personally had any knowledge that any of the other defendants were distributing or selling drugs. According to Mr. Wood, the only evidence the government has against him relates to innocent activities where he was merely being a good Samaritan and providing individuals in need assistance in obtaining vehicles and one phone, and that he had no specific knowledge of any of their alleged distribution or selling of drugs, nor did he have any intent to assist them in those illegal activities.

**¶2** Mr. Wood has not so patiently been waiting for his trial, and he objects to any continuance of the trial. He considers himself an innocent man who should never have been charged, and based on the government's assertion that prior hearings that he had nothing to do

with any drugs, the charges should be dropped and he should be released immediately. Assuming that the government will not accede to this request, Mr. Wood asserts his objection to any continuance, and further asserts that any further delay in bringing him to trial violates his sixth amendment rights as well as the speedy trial act. Mr. Wood specifically demands a speedy trial.

¶3    If indeed it continuance is granted, then Mr. Wood will be making a motion to sever himself from the other defendants so that he can proceed to trial next January 2024, without any further delay.

Dated this 20th day of November, 2023.

 /s/ Lynn Boughey
Lynn Boughey (#04046)
Attorney for Defendant
 Matthew Zenon Wood
lynnboughey@midconetwork.com
P.O. Box 1202
Mandan, ND 58545-1202
(701) 751-1485
