## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **CONTINUANCE OF TRIAL DATE** |
| | ) | **AND DEADLINES** |
| vs. | ) | |
| | ) | |
| ARTURO GUZMAN, | ) | Case No.: 3:22-cr-184-07 |
| | ) | |
| Defendant. | ) | |

**COMES NOW** the Defendant, Arturo Guzman, by and through his attorney, David D. Dusek, and does hereby move this Honorable Court for its Order continuing the Jury Trial and deadlines, currently scheduled for June 4 to June 28, 2024, at 9:30 a.m., until after October 1, 2024, on the following grounds:

Counsel for the Defendant is scheduled for a Jury Trial in Williston, North Dakota from June 17 to June 28, 2024, and July 8 to July 19, 2024. The trial was scheduled in August of 2023, and cannot be continued. Counsel makes this request neither for the purposes of undue delay nor other improper reasons.

**In conversations with Mr. Alexander Stock from the U.S. Attorney's Office, he stated that he does not have any objection to a continuance in this matter.**

This request to move the trial date and deadlines is necessary to protect the Defendant's Due Process rights under the Fifth and Fourteenth Amendments to the United States Constitution.

The Defendant acknowledges his right for a speedy trial and hereby waives that right freely and voluntarily in a separate document.

1

## CONCLUSION

The Defendant respectfully moves this Honorable Court to issue an Order to continue the trial date and deadlines.

Dated this 30th day of January, 2024.

/s/ David D. Dusek
By: David D. Dusek
ND License No.: 05070
FOR: DUSEK LAW, P.C.
Post Office Box 14145
Grand Forks, ND 58208-4145
Telephone: (701) 746-4107
Facsimile: (218) 793-0013
Email: david@duseklaw.com
Service Address: duseklaw@duseklaw.com
**ATTORNEY FOR THE DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion for Continuance of Trial date and Deadlines** was filed on the 30th day of January, 2024. I filed electronically filed with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing to the following:

ATTORNEY FOR THE UNITED STATES

Mr. Alexander Stock
Assistant United States Attorney
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 250
Fargo, North Dakota 58102-4932
Phone: 701.297.7400
Email: alexander.stock@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: USA

/s/ David D. Dusek
David D. Dusek