IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN RUSSELL KEPLIN, a/k/a UG,<br><br>Defendant. | Case No. 3:22-cr-184<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

WHEREAS, in the Superseding Indictment regarding the above case, the United States sought forfeiture of specific property of the defendant;

AND AS A RESULT of the guilty plea to Count One, Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances, in violation of 21 U.S.C. § 846 (Doc. 628), together with the defendant's waiver of any rights to said property in the Plea Agreement (Doc. 681 ¶ 4), pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), the defendant shall forfeit to the United States of America all of his right, title and interest to:

1. $16,107 in United States currency seized on or about December 12, 2021, in Fargo, North Dakota;

2. One Kahr Arms, Model CW40, .40 caliber pistol, serial number FE6862, seized on or about December 12, 2021, in Fargo, North Dakota;

3. $9,263 in United States currency seized on or about January 12, 2022, in Fargo, North Dakota;

4. One Remington, Model Sportsman 58, 12-gauge weapon made from a shotgun, serial number 225969M[1], seized on or about January 12, 2022, in Fargo, North Dakota;

---

[1] Updated serial number due to typographical error in superseding indictment.

5. $11,627 in United States currency seized on or about February 24, 2022, in Fargo, North Dakota;

6. One Heritage Manufacturing, Inc., Model Rough Rider, .22 caliber pistol, serial number P93129, seized on or about February 24, 2022, in Fargo, North Dakota;

7. One Ruger, Model LC9s, 9mm caliber pistol, serial number 45283174, seized on or about June 13, 2022, in Fargo, North Dakota;

8. One Ruger, Model EC9s, 9mm pistol, with an obliterated serial number, seized on or about July 7, 2022, in and near Jamestown, North Dakota;

9. One Ruger, Model 22/45 Mark IV Lite, .22 caliber pistol, with an obliterated serial number, seized on or about July 23, 2022, in and near Belcourt, North Dakota;

10. One Taurus, Model PT111, 9mm pistol, serial number TVH43701, seized on or about July 23, 2022, in and near Belcourt, North Dakota;

11. One Ruger, Model LCP, .380 caliber pistol with an obliterated serial number, seized on or about July 23, 2022, in and near Belcourt, North Dakota;

12. Two black silencers, with no known serial numbers, seized on or about July 23, 2022, in and near Belcourt, North Dakota;

13. $1,500 in United States currency seized on or about August 6, 2022, near Devils Lake, North Dakota;

14. One Glock, Model 45, 9mm pistol, serial number BTUE028, seized on or about August 21, 2022, in and near Bismarck, North Dakota;

15. One Heritage Arms, model Rough Rider, .22 caliber revolver, serial number 1BH465826, seized on or about September 4, 2022, in and near Idaho Falls, Idaho;

16. One Savage, Model Rascal, .22 caliber rifle, serial number 2057746, seized on or about September 4, 2022, in and near Idaho Falls, Idaho;

17. One Mossberg & Sons, Model 173, .410 shotgun, with no serial number, seized on or about September 4, 2022, in and near Idaho Falls, Idaho;

18. One Kessler, Model 30C, 12-gauge shotgun, with an unknown serial number, seized on or about September 4, 2022, in and near Idaho Falls, Idaho;

19. One Savage, Model 67C, 20-gauge weapon made from a shotgun, serial number B291298, seized on or about September 21, 2022, in and near Belcourt, North Dakota;

20. One Benelli, Model Nova, 12-gauge weapon made from a shotgun, serial number Z003381, seized on or about September 21, 2022, in and near Belcourt, North Dakota;

21. One Ruger, Model Ec9s, 9mm caliber pistol, serial number 458-89252, seized on or about September 21, 2022, in and near Belcourt, North Dakota;

22. One Springfield Armory, Model XD-9, 9mm caliber pistol, serial number XD163226, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

23. One Ruger, Model PC Carbine, 9mm rifle, serial number 910-66433, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

24. One Winchester, Model 100, .308 caliber rifle, serial number 35359, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

25. One Winchester, Model 1300, 12-gauge shotgun, serial number L2952690, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

26. One Ruger, Model MK III, .22 caliber pistol, serial number 274-96534, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

27. One Winchester, Model 37, .410 caliber shotgun with no serial number, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

28. One Ruger, Model Mini 14, .223 caliber rifle, serial number 18668339, seized on or about September 21, 2022, in and near Bismarck, North

   Dakota;

29. One B King's Firearms, Model M4 MOD-0, .556 caliber rifle, serial number MOD-0-01810, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

30. One New England Firearms, Model Pardner, .410 caliber weapon made from a shotgun, serial number NN393398, seized on or about September 21, 2022, in and near Bismarck, North Dakota; and

31. One Stoeger, Model 2000, 12-gauge weapon made from a shotgun, serial number 923808, seized on or about September 21, 2022, in and near Bismarck, North Dakota.

It is hereby ORDERED, ADJUDGED and DECREED:

1. That all of the defendant's right, title and interest in the following property is hereby forfeited, that the United States is hereby authorized to seize the following property at the time of sentencing, and it will be forfeited to the United States of America for disposition in accordance with the law, that being:

   1. $16,107 in United States currency seized on or about December 12, 2021, in Fargo, North Dakota;

   2. One Kahr Arms, Model CW40, .40 caliber pistol, serial number FE6862, seized on or about December 12, 2021, in Fargo, North Dakota;

   3. $9,263 in United States currency seized on or about January 12, 2022, in Fargo, North Dakota;

   4. One Remington, Model Sportsman 58, 12-gauge weapon made from a shotgun, serial number 225969M, seized on or about January 12, 2022, in Fargo, North Dakota;

   5. $11,627 in United States currency seized on or about February 24, 2022, in Fargo, North Dakota;

   6. One Heritage Manufacturing, Inc., Model Rough Rider, .22 caliber pistol, serial number P93129, seized on or about February 24, 2022, in Fargo,

North Dakota;

7. One Ruger, Model LC9s, 9mm caliber pistol, serial number 45283174, seized on or about June 13, 2022, in Fargo, North Dakota;

8. One Ruger, Model EC9s, 9mm pistol, with an obliterated serial number, seized on or about July 7, 2022, in and near Jamestown, North Dakota;

9. One Ruger, Model 22/45 Mark IV Lite, .22 caliber pistol, with an obliterated serial number, seized on or about July 23, 2022, in and near Belcourt, North Dakota;

10. One Taurus, Model PT111, 9mm pistol, serial number TVH43701, seized on or about July 23, 2022, in and near Belcourt, North Dakota;

11. One Ruger, Model LCP, .380 caliber pistol with an obliterated serial number, seized on or about July 23, 2022, in and near Belcourt, North Dakota;

12. Two black silencers, with no known serial numbers, seized on or about July 23, 2022, in and near Belcourt, North Dakota;

13. $1,500 in United States currency seized on or about August 6, 2022, near Devils Lake, North Dakota;

14. One Glock, Model 45, 9mm pistol, serial number BTUE028, seized on or about August 21, 2022, in and near Bismarck, North Dakota;

15. One Heritage Arms, model Rough Rider, .22 caliber revolver, serial number 1BH465826, seized on or about September 4, 2022, in and near Idaho Falls, Idaho;

16. One Savage, Model Rascal, .22 caliber rifle, serial number 2057746, seized on or about September 4, 2022, in and near Idaho Falls, Idaho;

17. One Mossberg & Sons, Model 173, .410 shotgun, with no serial number, seized on or about September 4, 2022, in and near Idaho Falls, Idaho;

18. One Kessler, Model 30C, 12-gauge shotgun, with an unknown serial number, seized on or about September 4, 2022, in and near Idaho Falls, Idaho;

19. One Savage, Model 67C, 20-gauge weapon made from a shotgun, serial number B291298, seized on or about September 21, 2022, in and near Belcourt, North Dakota;

20. One Benelli, Model Nova, 12-gauge weapon made from a shotgun, serial number Z003381, seized on or about September 21, 2022, in and near Belcourt, North Dakota;

21. One Ruger, Model Ec9s, 9mm caliber pistol, serial number 458-89252, seized on or about September 21, 2022, in and near Belcourt, North Dakota;

22. One Springfield Armory, Model XD-9, 9mm caliber pistol, serial number XD163226, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

23. One Ruger, Model PC Carbine, 9mm rifle, serial number 910-66433, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

24. One Winchester, Model 100, .308 caliber rifle, serial number 35359, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

25. One Winchester, Model 1300, 12-gauge shotgun, serial number L2952690, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

26. One Ruger, Model MK III, .22 caliber pistol, serial number 274-96534, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

27. One Winchester, Model 37, .410 caliber shotgun with no serial number, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

28. One Ruger, Model Mini 14, .223 caliber rifle, serial number 18668339, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

29. One B King's Firearms, Model M4 MOD-0, .556 caliber rifle, serial number MOD-0-01810, seized on or about September 21, 2022, in and near Bismarck, North Dakota;

30. One New England Firearms, Model Pardner, .410 caliber weapon made from a shotgun, serial number NN393398, seized on or about September 21, 2022, in and near Bismarck, North Dakota; and

31. One Stoeger, Model 2000, 12-gauge weapon made from a shotgun, serial number 923808, seized on or about September 21, 2022, in and near Bismarck, North Dakota.

2. That all of the aforementioned forfeited property is to be held in the custody and control of the Bureau of Alcohol, Tobacco, Firearms and Explosives or the Drug Enforcement Administration.

3. That the United States of America shall post Notice of Forfeiture on the official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of any and all third-party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

ORDERED this ___16___ day of ___February___ 2024.

_____
Peter D. Welte, Chief Judge
United States District Court