UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
No. 3:22-CR-184

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | **MOTION FOR CONTINUANCE** |
| | ) | **OF THE PLEA HEARING DATE** |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| DAVID JOSEPH KNUTH | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, David Knuth, by his attorney, Anthony M. Bussa, hereby moves the Court for Order continuing the May 14, 2024 Plea Hearing. Defense counsel just learned today, May 7, 2024, that defense counsel will be #1 up for trial in Otter Tail County, Minnesota in that matter of *State of Minnesota v. Mitchell Lee Peterson*, Otter Tail County Court File No. 56-CR-23-878. This trial will start the morning of May 14th, and it will be going to trial. Defense Counsel anticipates that this trial will last 1-2 days.

Defense counsel has spoken with Assistant U.S. Attorney Alex Stock, and the government has no objection to defendant's request.

This Motion is based upon all the files, records and proceedings herein.

Respectfully submitted,

Dated: May 7, 2024                                **CJB LAW, PLLC**

By:   **/s/ Anthony M. Bussa**
Anthony M. Bussa, Esq.
125 South Mill Street
Fergus Falls, MN 56537
(218) 998-4088 (*office telephone*)
*Attorney for Defendant*

1