PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant: Jeremy William Hoover    Docket No.: 0868 3:22CR00184

To Appear On: 07/30/2024    For: ☒ Plea   ☐ Trial   ☒ Sentencing

Before Judge: Peter D. Welte

Initial Appearance Date: 04/28/2023    Release Date: 06/15/2023

Magistrate Judge: Alice R. Senechal

Conditions of Release:

- ☒ Pretrial Supervision
- ☐ Seek/Maintain Employment
- ☒ Submit to Counseling as Deemed Appropriate by Pretrial Services
- ☒ Drug/Alcohol Monitoring
- ☐ Third Party Custody to:
- ☐ Travel Restrictions:
- ☒ No Contact With: Co-defendants or witnesses
- ☒ Other: No weapons, complete drug treatment, reside with parents upon completion of treatment in St. John
- ☐ Surrender Passport
- ☐ Do Not Obtain Passport
- ☒ Refrain from Use of Alcohol or Any Controlled Substance without a Prescription
- ☐ Location Monitoring

Defendant Has Met Conditions of Release:   ☐ Yes   ☒ No

**Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:**

On April 24, 2024, the Defendant was arrested by the Rolette County Sheriff's Department for Possession of a Controlled Substance in a Correctional Facility, Preventing Arrest of Discharge of Duties, Tampering with Physical Evidence and Refusal to Halt. The Defendant is alleged to have been a passenger in a vehicle where the driver was known to have a suspended driver's license and was pulled over for such. Upon stopping the vehicle, the Defendant exited the vehicle with a black bag and failed to comply with the officer's request to stop. The Defendant went to a nearby residence and threw the bag into an open garage door. The Defendant did not comply with officer directives and consent to search for the bag was granted by the homeowner. Within the bag was methamphetamine and paraphernalia. The Defendant was taken to Rolette County Sheriff's office for booking upon arrest, where a baggie of methamphetamine was found on his person. The substances were field tested and positive as methamphetamine.

The Defendant has been referred to a contract provider in Rolla, North Dakota for three times monthly random substance abuse testing. If the Defendant has a positive test, he will be referred for an updated chemical dependency assessment.

The Defendant was released on bond for the alleged charges and has returned to his parent's residence in St. John, North Dakota.

**Recommendations:**
It is respectfully recommended that the Defendant remain on pretrial release. If the Defendant fails to comply with testing, has positive tests, or refuses assessment, he will be referred to the Court for his violations of pretrial release.

| | |
|---|---|
| 05/09/2024 | *Skylah Leonard* |
| Date | U.S. Pretrial Services Officer |