UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>v.<br><br>Cesar Ambrosio Lopez<br><br>       Defendant. | **RESPONSE TO MOTION TO CONTINUE TRIAL**<br><br>Criminal Case: 3:22-cr-00184 |

[1.] Undersigned, as counsel for Cesar Ambrosio Lopez, hereby responds to the motion of the United States to continue trial. The Defendant joins in the motion for continuance. Mr. Lopez requests that the Court continue the date for the trial to allow additional time to review discovery and for continued plea negotiations. Additionally, undersigned counsel has personal conflicts during the dates of the scheduled trial, including a trip out of the country from June 6 through 13, 2024.

 Dated this 15th day of May, 2024.

               **JACKSON, THOMASON, WELDER**
                **& ARTHURS, INC.**
               *Attorney for Defendant*
               400 E. Broadway Ave. Suite 51
               Bismarck, ND 58501
               Phone: 701-751-4847
               Fax: 701-751-4845
               Email: thomas@bismanlaw.com


               */s/Thomas M. Jackson*
               **By: Thomas M. Jackson** (NDID 05947)