REC'D USMS-FARGO, ND
'24 APR 30 PM2:56

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DAVID JOSEPH KNUTH,<br><br>Defendant. | Case No. 3:22-cr-184-16<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a *Writ of Habeas Corpus* Ad Prosequendum.

Name of detainee: DAVID JOSEPH KNUTH
Detained at (custodian) North Dakota DOCR, Bismarck, ND/Jamestown, ND
Detainee is charged in this District by Indictment.
Detainee will return to the custody of detaining facility upon termination of proceedings.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on May 14, 2024, at 2:30 PM, for the purpose of Change of Plea.

Attorney Signature: /s/ Alexander J. Stock
Printed Name and Telephone Number: ALEXANDER J. STOCK, 701-297-7400
Dated: April 29, 2024    Attorney of Record for the United States

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: 4/29/2024    /s/ Alice R. Senechal

Magistrate Judge Alice R. Senechal
United States District Court

☐ Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

**RETURN OF SERVICE**

Un-Executed    By: Moore, Jol
Date Executed    Printed Name    Signature