PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant: Brett Timothy Hoiby          Docket No.: 0868 3:22CR00184

To Appear On: 05/22/2024          For: ☒ Plea   ☐ Trial   ☐ Sentencing

Before Judge: Peter D. Welte

Initial Appearance Date: 09/23/2023          Release Date: 09/28/2023

Magistrate Judge: Alice R. Senechal

Conditions of Release:

☒ Pretrial Supervision          ☐ Surrender Passport
☒ Seek/Maintain Employment      ☒ Do Not Obtain Passport
☒ Submit to Counseling as Deemed Appropriate by Pretrial Services      ☒ Refrain from Any Use of Alcohol or Any Controlled Substance without a Prescription
☒ Drug/Alcohol Monitoring       ☐ Location Monitoring
☐ Third Party Custody to:
☒ Travel Restrictions: North Dakota
☒ No Contact With: Co-Defendant's
☒ Other: Weapons Restrictions, Search/Seizure

Defendant Has Met Conditions of Release:   ☐ Yes   ☒ No

Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:
The defendant has had several citations while on pretrial supervision, all of which were eventually dismissed. Mr. Hoiby has not had any positive urine tests and has maintained employment with his father. He checks in as required and there have been no issues. Mr. Hoiby is currently seeking counseling through Beacon counseling in Bismarck, North Dakota.

Recommendations:
Respectfully, the defendant is viewed as a suitable candidate for continued release with pretrial supervision pending sentencing.

05/22/2024                                                      Stephanie Cherney
Date                                                            U.S. Pretrial Services Officer