IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN RUSSELL KEPLIN,<br><br>Defendant. | Case No. 3:22-cr-184<br><br>**UNITED STATES'<br>SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Alexander J. Stock, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated: May 29, 2024

                                        MAC SCHNEIDER
                                        United States Attorney

By:   */s/ Alexander J. Stock*
        ALEXANDER J. STOCK
        Assistant United States Attorney
        ND Bar ID 07979
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        alexander.stock@usdoj.gov
        Attorney for United States