IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUGO ARMANDO YANEZ-RIVERA,<br><br>　　　　Defendant. | Case No. 3:22-cr-184<br><br>**UNITED STATES' MOTION TO CONTINUE SENTENCING HEARING** |

　　The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Alexander J. Stock, Assistant United States Attorney, moves the Court for an order continuing Defendant's sentencing hearing currently scheduled for July 22, 2024, due to codefendants' pending trial date of December 10, 2024. The undersigned has conferred with opposing counsel who indicated no objection to this request. For these reasons, the United States respectfully moves the Court to continue the hearing until after the scheduled trial date.

　　Dated: June 24, 2024

　　　　　　　　　　　　　　　　　　　　　　MAC SCHNEIDER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　　*/s/ Alexander J. Stock*
　　　　　　　　　　　　　　　　　　ALEXANDER J. STOCK
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　ND Bar ID 07979
　　　　　　　　　　　　　　　　　　655 First Avenue North, Suite 250
　　　　　　　　　　　　　　　　　　Fargo, ND  58102-4932
　　　　　　　　　　　　　　　　　　(701) 297-7400
　　　　　　　　　　　　　　　　　　alexander.stock@usdoj.gov
　　　　　　　　　　　　　　　　　　Attorney for United States