IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: **3:22-CR-00184** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | DEFENDANT'S MOTION FOR CONTINUANCE OF CHANGE OF PLEA/ SENTENCING |
| JEREMY WILLIAM HOOVER, | ) ) | |
| Defendant. | ) | |

Comes now the Defendant, Jeremy William Hoover, by and through his attorney, Darla J. Schuman, and respectfully asks for this Court's Order granting this motion to continue his Change of Plea/Sentencing date currently set for July 30, 2024, at 9:00 a.m. with Federal Chief District Court Judge Peter Welte.

This motion is made with good cause and pursuant to Rule 7 of *Federal Rules of Criminal Procedure* on the grounds:

1.) That this request is made in the interest of justice and not for the purposes of delay.

2.) On June 24, 2024, Assistant U.S. Attorney Alexander Stock discussed with Defense Counsel Darla Schuman, that additional time would be required prior to Mr. Hoover's sentencing date. The Defendant is out on pretrial release and has no objection to the continuance of his sentencing.

3.) AUSA Stock has no objection to the Court granting a continuance of the Defendant's Change of Plea/Sentencing date until January of 2025;

1

4.)     The parties are requesting that it be set after the end of the remaining co-defendants' trial on December 10, 2024.

WHEREFORE, Defendant, Jeremy William Hoover, respectfully requests this Court's Order to reset his Change of Plea/Sentencing scheduled for July 30, 2024, to an available date on the U.S. District Court's criminal calendar in January of 2025.

Dated this 24th of June, 2024.

/s/ *Darla J. Schuman*
_____
Darla J. Schuman
ND ID # 06152
Schuman Law Office
2860 10th Avenue N., Suite 500
Grand Forks, ND 58203
Telephone: (701) 757-3357
Fax No: (701) 757-0455
Email: lawfirmmaildjs@aol.com
ATTORNEY AT LAW