# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

## Criminal No. 3-22-cr-184

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE** |
| **DOMINICK JON ROSS**, | |
| Defendant. | |

Dominick Ross's plea and sentencing is set for August 12, 2024. He requests that the sentencing be continued for three months so that he can work on a global resolution to resolve this case and also case number 3:22-cr-9.

The government, through Assistant United States Attorney, Alex Stock, doesn't object to this motion.

For this reason, Dominick Ross requests that the Court reschedule his plea and sentencing to the first available date after November 1, 2024.

1

Dated: July 17, 2024    Respectfully submitted,

**Dane DeKrey (#09524)**
Ringstrom DeKrey PLLP
814 Center Ave, Suite 5
Moorhead, MN  56560-0853
dane@ringstromdekrey.com