UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>Brendan Tyler Moore,<br><br>                        Defendant. | Cr. No. 3:22-cr-184-03 and 3:22-cr-00009<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

      The Defendant, Brendan Tyler Moore, submits this sentencing memorandum before his sentencing hearing scheduled for August 15th, 2024. He has no objections to the PSIR beyond those noted in the report. For reasons that will be explained during the hearing, Mr. Moore requests the Court sentence him in accorfance with the plea agreement.

      Dated this 14th day of August, 2024.

                                              Respectfully submitted,

                                              Breanna K. Delorme
                                              Federal Public Defender
                                              By:

                                              */s/ Breanna Delorme*
                                              By:  Breanna K. Delorme
                                              Delorme Law Office, PLLC
                                              P.O. Box 13555
                                              Grand Forks, ND 58208
                                              Telephone: 701.398.3500
                                              Email & Service Address:
                                              Delormelawoffice@gmail.com
                                              **ATTORNEY FOR THE DEFENDANT**