PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant:    Dominick Jon Ross            Docket No.:    0868 3:22CR00184
                                                          0868 3:22CR00009

To Appear On:  11/27/2024        For:  ☒ Plea    ☐ Trial    ☒ Sentencing

Before Judge:    Peter D. Welte

Initial Appearance Date:  12/02/2022        Release Date:    02/10/2023

Magistrate Judge:    Alice R. Senechal

Conditions of Release:

☒ Pretrial Supervision                     ☐ Surrender Passport
☒ Seek/Maintain Employment                 ☒ Do Not Obtain Passport
☒ Submit to Counseling as Deemed           ☒ Refrain from Any Use of Alcohol or Any Controlled Substance without a Prescription
   Appropriate by Pretrial Services
☒ Drug/Alcohol Monitoring                  ☐ Location Monitoring
☐ Third Party Custody to:
☒ Travel Restrictions:     North Dakota
☒ No Contact With:         Co-defendants or Witnesses
☒ Other:                   Weapons Restrictions

Defendant Has Met Conditions of Release:    ☐ Yes    ☒ No

**Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:**
Since the date of the last Status Report filed on February 22, 2024, the defendant has failed to report for scheduled urinalysis testing on the following dates: February 23, 2024, March 11, 2024, March 31, 2024, and August 5, 2024.

**Recommendations:**
The defendant has been given multiple verbal reprimands and has been reminded of his conditions of release on numerous occasions. Pretrial Services will notify the Court of any additional noncompliance.

08/27/2024                                    /s/ Christine Argall
Date                                          U.S. Pretrial Services Officer