# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

Criminal No. 3:22-cr-9 / 3:22-cr-184

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>vs.<br><br>**Dominick Jon Ross,**<br><br>           Defendant. | **WAIVER OF<br>DETENTION HEARING** |

The undersigned expressly waives his right to a detention hearing under 18 U.S.C. § 3142(f) on the United States's motion for Dominick's detention. The right to such hearing has been fully explained to Dominick by the Court and Dominick's attorney, Dane DeKrey. Dominick acknowledges, understands, and agrees that he will remain in custody until the final resolution of the charges against him, or until the parties in the case come to an agreement regarding his placement back on pretrial release.

Dated: ~~September 17~~, 2024

10/01/24

_____
Dominick Ross

1

The above was read and explained to my client, Dominick Ross, and he signed and acknowledged this Waiver in my presence.

Dated: September 17, 2024

10/01/24

_____
Dane DeKrey