UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | Case Nos. 3:12-cr-31-08; 3:22-cr-184-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S RESPONSE IN** |
| vs. | ) | **OPPOSITION TO UNITED STATES'** |
| | ) | **MOTION TO UNSEAL PORTION OF** |
| Jessica Marie Trottier, a/k/a | ) | **PRESENTENCE INVESTIGATION** |
| Jessica Marie Lattergrass, | ) | **REPORT** |
| | ) | |
| Defendant. | ) | |

[¶1]   The Defendant, Jessica Marie Trottier, a/k/a Jessica Marie Lattergrass, through her attorney, Thomas A. Dickson, hereby submits her response in opposition to the United States' Motion to Unseal Portion of Presentence Investigation Report.

[¶2]   The Defendant objects to the United States' Motion to use pages 1, 2 and 4 as exhibits as these pages include all of the Ms. Trottier's identifying information which must remain confidential with the exception of disclosure to the defense counsel. The United States can certainly bring this motion again at a more timely juncture in this case. Thus, the Defendant respectfully requests the Court DENY the United States' Motion.

Dated this ___ day of October, 2024.

THOMAS A. DICKSON (ND BAR ID# 03800)
tdickson@dicksonlaw.com
DICKSON LAW OFFICE
P.O. Box 1896
Bismarck, ND 58502-1896
(701) 222-4400

Attorney for Defendant

## DECLARATION OF SERVICE

I, Ashley Miller, hereby declare that I am of legal age and not a party to the above-entitled matter. On October 2, 2024, the following documents:

**DEFENDANT'S RESPONSE IN OPPOSITION TO UNITED STATES' MOTION TO UNSEAL PORTION OF PRESENTENCE INVESTIGATION REPORT**

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Brett M. Shasky – brett.shasky@usdoj.gov

I declare, under penalty of perjury under the law of North Dakota, that the foregoing is true and correct.

Signed this 2nd day of October, 2024, at Bismarck, ND USA.

Ashley Miller