UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | Case No. 3:22-cr-184 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR CONTINUANCE** |
| | ) | |
| Jessica Marie Trottier, a/k/a | ) | |
| Jessica Marie Lattergrass, | ) | |
| | ) | |
| Defendant. | ) | |

¶1   The Defendant, Jessica Marie Trottier, a/k/a Jessica Marie Lattergrass, through her attorney, Thomas A. Dickson, makes a motion to the Court to grant a continuance of the Competency Hearing in the above-entitled case which is scheduled for Thursday, October 10, 2024 at 2:30 p.m. The undersigned had a medical procedure on Tuesday, October 8, 2024, that is requiring more time to recover from than anticipated.

Dated this 9 day of October, 2024.

_____
THOMAS A. DICKSON (ND BAR ID# 03800)
tdickson@dicksonlaw.com
DICKSON LAW OFFICE
P.O. Box 1896
Bismarck, ND 58502-1896
(701) 222-4400

Attorney for Defendant

## DECLARATION OF SERVICE

I, Ashley Miller, hereby declare that I am of legal age and not a party to the above-entitled matter. On October 9, 2024, the following documents:

## MOTION FOR CONTINUANCE

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Brett M. Shasky – brett.shasky@usdoj.gov

I declare, under penalty of perjury under the law of North Dakota, that the foregoing is true and correct.

Signed this 9th day of October, 2024, at Bismarck, ND USA.

Ashley Miller