IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

    Plaintiff,

v.                                            Case No.:  3:22-CR-184-01

Jessica Marie Trottier,

    Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

Defendant has applied for court-appointed counsel in this matter. The Court has inquired and is satisfied that Defendant is qualified for representation under 18 U.S.C. § 3006A.

Accordingly, **Lorelle A. Moeckel** is appointed as co-counsel to represent the defendant in this matter.

Dated this 8th day of January, 2025.

                                                                                */s/ Alice R. Senechal*
                                                                                Alice R. Senechal
                                                                                United States Magistrate Judge