UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Criminal No. 3:22-cr-184

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br><br>vs.<br><br>**Dominick Jon Ross**,<br><br>                 Defendant. | **MOTION TO<br>CONTINUE CHANGE OF PLEA<br>AND SENTENCING** |

Dominick Ross's change of plea and sentencing is set for March 19, 2025 in Fargo. He requests that the hearing be continued until after August 1, 2025. The reason for this request is that codefendant trials are scheduled for July 2025 and those matters will have a direct bearing on the sentencing in Mr. Ross's case. The United States, through AUSA Alex Stock, does not object to this request.

Dated:  January 29 2025

Respectfully submitted,

*/s/ Dane DeKrey/*

**Dane DeKrey**
Ringstrom DeKrey PLLP
814 Center Avenue, Suite 5
Moorhead, MN  56560-0853
dane@ringstromdekrey.com

1