PS 8
(Rev. 2/2013)

# United States District Court
# For The
# District of North Dakota

**Petition for Action on Conditions of Pretrial Release**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 3:22CR00184-19 |
| | ) | |
| Jeremy William Hoover | ) | |

COMES NOW, SHYLAH LEONARD, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jeremy William Hoover who was placed under pretrial release supervision by the Honorable Alice R. Senechal, Magistrate Judge, sitting in the Court at Fargo, on June 15, 2023, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such time and in such manner as designated by the Officer.

6. Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined 21 USC 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

7. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

8. Defendant shall not knowingly or intentionally have any direct or indirect contact with Co-defendants or any witnesses, except that counsel for the defendant, or

PS 8
(Rev. 2/2013)
Hoover, Jeremy
0868 3:22CR00184

    counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

9. Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

10. Defendant shall reside at Share House in Fargo, ND and shall participate in the center's programs and abide by its rules and regulations.

11. Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the treatment facility OR to communicate with facility staff about his progress in the program.

    Any passes allowed by the treatment facility must be approved by the Pretrial Services Officer.

    If for any reason defendant is terminated from the treatment program, he must immediately report to the United States Marshal.

    At least 96 hours prior to completion of the treatment program, defendant must advise the Pretrial Services Officer of his anticipated completion date so the Court may schedule a hearing to review his status release.

12. Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

An Amended Order Setting Conditions of Release was ordered on January 18, 2024, imposing all previous conditions and one additional new condition.

1. Defendant shall reside at his parent's home in St. John, North Dakota, after completion of programming and his release from Share House. Defendant may not change that residence without prior approval of his supervising officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **Violation of Condition #1:** On or about April 24, 2024, in Rolette County, North Dakota, the defendant was arrested on the criminal charges of Possession of a Controlled Substance in a Correctional Facility, Preventing Arrest or Discharge of Other Duties, Tampering with Evidence and Refusal to Halt. The charges are pending.

2. **Violation of Condition #6:** On July 10, 2024, the defendant provide a drug screen which was positive for ETG.

PS 8
(Rev. 2/2013)
Hoover, Jeremy
0868 3:22CR00184

3. **Violation of Condition #6:** The defendant failed to report for drug screens as requested on October 8 and 9, 2024; December 17, 2024; and January 22, 2025.

4. **Violation of Condition #1:** On or about February 7, 2025, in Benson County, North Dakota, the defendant was arrest on the criminal charges of Possession of Fentanyl with Intent to Deliver, Tampering with Evidence and Ingestion of a Controlled Substance. The charges are pending.

PRAYING THAT THE COURT WILL ORDER: That a warrant for arrest be issued for Jeremy William Hoover, and a hearing be held to determine if he violated the conditions of his pretrial release.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Shylah Leonard                                02/13/2025
U.S. Pretrial Services Officer
Place: Minot

## ORDER OF THE COURT

Considered and ordered this 13th day of February, 2025 and ordered filed and made a part of the record in the above case.

☑ Warrant to be issued
☐ Summons to be issued
☐ Notice of hearing to be filed
☐ Modification of the defendant's conditions of release
☐ Other

Alice R. Senechal
U.S. Magistrate Judge