Case 3:22-cr-00184-PDW    Document 1026    Filed 02/13/25    Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

REC'D USMS-FARGO, ND
'25 FEB 19 PM 2:24

| United States of America | ) |
| v. | ) |
| Jeremy William Hoover | ) Case No. 3:22-cr-184 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jeremy William Hoover,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Alleged violation(s) of pretrial realease

Date: 02/13/2025

/s/ Bre Solberg Luedtke
*Issuing officer's signature*

City and state: Fargo, ND

Bre Solberg Luedtke, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/13/25, and the person was arrested on *(date)* 02/15/25
at *(city and state)* Devils Lake ND.

Date: 02/15/25

*Arresting officer's signature*

Shafer Deavon DUSM
*Printed name and title*