IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HAUGLAND,<br><br>Defendant. | Case No. 3:22-cr-00184<br><br>**UNITED STATES' MOTION TO CONTINUE SENTENCING** |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Alexander J. Stock, Assistant United States Attorney, moves the Court for an order continuing the sentencing hearing for Defendant Michael Haugland, currently scheduled for September 22, 2025, due to the co-defendant's pending trial date. The undersigned conferred with opposing counsel, who indicated no objection to this request.

Dated:  August 11, 2025

JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

By:   */s/ Alexander J. Stock*
ALEXANDER J. STOCK
Assistant United States Attorney
ND Bar ID 07979
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
alexander.stock@usdoj.gov
Attorney for United States