IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARTURO GUZMAN,<br><br>　　　　Defendant. | Case No. 3:22-cr-00184<br><br>**UNITED STATES' MOTION<br>TO CONTINUE SENTENCING** |

　　The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Alexander J. Stock, Assistant United States Attorney, moves the Court for an order continuing the sentencing hearing for Defendant Arturo Guzman, currently scheduled for September 19, 2025, due to the co-defendant's pending trial date. The undersigned conferred with opposing counsel, who indicated no objection to this request.

　　Dated:  August 11, 2025

　　　　　　　　　　　　　　　　　　JENNIFER KLEMETSRUD PUHL
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　By:　*/s/ Alexander J. Stock*
　　　　　　　　　　　　　　　ALEXANDER J. STOCK
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　ND Bar ID 07979
　　　　　　　　　　　　　　　655 First Avenue North, Suite 250
　　　　　　　　　　　　　　　Fargo, ND  58102-4932
　　　　　　　　　　　　　　　(701) 297-7400
　　　　　　　　　　　　　　　alexander.stock@usdoj.gov
　　　　　　　　　　　　　　　Attorney for United States