IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　　v.<br><br>JESSICA TROTTIER<br><br>　　　　　　Defendant. | Case No. 3:22-cr-184<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |

　　　The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Testificandum.

Name of detainee:　Shaynne Normandin
Detained at (custodian) Minnesota Correctional Facility-Moose Lake
Detainee is a witness not otherwise available by ordinary process of the Court.
Detainee will return to the custody of detaining facility upon termination of proceedings.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on October 23, 2025, for the purpose of testimony at trial.

| | |
|---|---|
| Attorney Signature: | /s/ Alexander J. Stock |
| Printed Name and Telephone Number: | ALEXANDER J. STOCK, 701-297-7400 |
| Dated: September 18, 2025 | Attorney of Record for the United States |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

　　　The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

| | |
|---|---|
| Dated: 9/18/2025 | /s/ Alice R. Senechal |
| | Magistrate Judge Alice R. Senechal |
| | United States District Court |

☐　Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____ By: _____ _____
Date Executed　　　　　　　　Printed Name　　　　　　　　　　Signature