IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | Case No. 3:22-cr-184 |
| Plaintiff, | \* | |
| -vs- | \* | |
| JESSICA MARIE TROTTIER, a/k/a | \* | **MOTION TO DISMISS** |
| JESSICA MARIE LATTERGRASS, | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW the defendant, Jessica Marie Trottier, by and through her court-appointed atttorneys, Christopher D. Dohrer and Thomas Cogley of Aberdeen, South Dakota, who move this Court to dismiss the Third Superseding Indictment[1] in this case. Trottier alleges that the case should be dismissed pursuant to both the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), and the Sixth Amendment to the United States Constitution.

This motion is based upon the pleadings and files herein; the defendant's Brief in Support of Motion to Dismiss, which is served and filed herewith; and any evidence or argument that may be presented at a hearing on this motion.

Respectfully dated this 29th day of September, 2025.

---

[1] Trottier was arraigned on the Third Superseding Indictment on July 25, 2025. (See DOC 1134). At that time, the parties agreed that the Third Superseding Indictment is the operative charging document at this time for Trottier's case. To the extent necessary, this Motion to Dismiss also covers all previous indictments in this matter.

DOHRER LAW OFFICE

By  */s/ Christopher D. Dohrer*
Attorney for Defendant
418 South Main Street
Aberdeen, South Dakota 57401
Telephone: 605-226-1673
Facsimile: 605-226-5438
Email: cdohrerlaw@nvc.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of September, 2025, a true and correct copy of the foregoing **Motion to Dismiss** was served electronically by the clerk's office on:

Mr. Alexander J. Stock
Assistant U.S. Attorney
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

Mr. Thomas Cogley
Cogley Law Office
418 South Main Street
Aberdeen, SD 57401

*/s/ Christopher D. Dohrer*