IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Steven Clifford Frank Arias, Jr.,<br><br>　　　　　Defendant. | Case No.: 3:22-cr-184-10<br><br>**DEFENDANTS MOTION TO CONTINUE CHANGE OF PLEA AND SENTENCING** |

**COMES NOW**, the Defendant, Steven Clifford Frank Arias, Jr. (Mr. Arias), by and through his counsel, Adam Justinger, and hereby moves the Court for its Order to continue the Change of Plea and Sentencing Hearing scheduled for December 12, 2025 at 9:00 a.m, in the above-entitled matter.

As grounds, Defendant states:

1. Defendant's Attorney and Defendant would like additional time to prepare for both of the hearings.

2. The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason.

3. The Government, through Assistant United States Attorney Alexander Stock, does not object to this motion.

**WHEREFORE**, Defendant, Steven Clifford Frank Arias, Jr., requests that the Court continue the Change of Plea and Sentencing Hearing currently scheduled for December 12, 2025 at 9:00 a.m. Mr. Arias respectfully requests that the new date be set in January 2026 or later.

Dated this 20th day of October, 2025.

                                 Digitally signed by Adam Justinger
Date: 2025.10.20 08:02:58 -05'00'

Adam Justinger (ND ID #08635)
SW&L Attorneys
4627 44th Avenue South, Suite 108
Fargo, North Dakota 58104
Telephone: (701) 297-2890
Fax: (701) 297-2896
adam.justinger@swlattorneys.com
ATTORNEYS FOR DEFENDANT

2