IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL TORY HAUGLAND,<br><br>　　　　Defendant. | Case No. 3:22-cr-184<br><br>**UNITED STATES'<br>SENTENCING MEMORANDUM** |

　　The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Alexander J. Stock, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

　　Dated: November 4, 2025

　　　　　　　　　　　　　　　　　　NICHOLAS W. CHASE
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　By:　　*/s/ Alexander J. Stock*
　　　　　　　　　　　　　　　　ALEXANDER J. STOCK
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　ND Bar ID 07979
　　　　　　　　　　　　　　　　655 First Avenue North, Suite 250
　　　　　　　　　　　　　　　　Fargo, ND  58102-4932
　　　　　　　　　　　　　　　　(701) 297-7400
　　　　　　　　　　　　　　　　alexander.stock@usdoj.gov
　　　　　　　　　　　　　　　　Attorney for United States