IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | Case No. 3:22-cr-00184 |
| Plaintiff, ) | |
| ) | |
| v. ) | **Motion to Continue Sentencing** |
| ) | |
| Cesar Ambrosio Lopez, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, the Defendant, Cesar Lopez, by and through his attorney of record, Robert N. Quick of Robert Quick Law, PLLC, who respectfully requests a continuance of the sentencing in this matter.  Sentencing is currently scheduled for November 25, 2025.  The continuance is not for purposes of delay.  Counsel seeks a non-lengthy continuance of a minimum of (15) days in order to prepare for the Defendant's sentencing and meet with the Defendant again in person, a process that requires an interpreter.  The US Attorney's Office does not have an objection.

Dated this 21st day of November, 2025.

ROBERT QUICK LAW PLLC
2005 N. Kavaney Dr., Ste. 202
Bismarck, ND 58501
(701) 258-7842
*Attorneys for Defendant*

/s/ Robert N. Quick
Robert N. Quick (Bar ID# 06482)
robertquicklaw@gmail.com