IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | Criminal No. 3:22-cr-184 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION** |
| v. | ) | **FOR CONTINUANCE OF** |
| | ) | **SENTENCING HEARING** |
| Carlos Adrian Batista-Rodriguez, | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE That Defendant Carlos Adrian Batista-Rodriguez, by his undersigned attorney, Mark A. Meyer of Wahpeton, North Dakota, respectfully moves this Honorable Court for an Order granting a continuance of his sentencing hearing, which is currently scheduled for Monday, December 15, 2025, at 9:00 a.m. (Doc. 1133), for a three month period.

The basis for this Motion is that resolution of the issues against a Defendant in another federal case venued in the Eastern District of North Dakota may impact sentencing in this case. It is anticipated that those issues will be resolved within the next three months.

Defendant Carlos Adrian Batista-Rodriguez is currently detained and has been since his arrest. He has already entered a guilty plea and is awaiting sentencing. He will be getting credit for time served, so there is no prejudice to Defendant.

The undersigned has communicated with Defendant Carlos Adrian Batista-Rodriguez, as well as with Assistant U.S. Attorney Alexander Stock, and both are in favor of this request for continuance of sentencing hearing.

For the reasons stated herein, Defendant's counsel submits that the ends of

justice will be served by granting Defendant a continuance of the sentencing date to take place in approximately three months from today.

Dated this 9th day of December, 2025.

/s/ Mark A. Meyer
Mark A. Meyer
Attorney for Defendant
ND Atty. Reg. No. 04966
205 North 7th Street
P.O. Box 216
Wahpeton, ND 58074-0216
(701) 642-1660
(701) 642-2061 (fax)
markameyer@702com.net