IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR AMBROSIO-LOPEZ,<br><br>Defendant. | Case No. 3:22-cr-184<br><br>**MOTION TO CONTINUE SENTENCING** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Alexander J. Stock, Assistant United States Attorney, moves to continue the sentencing hearing in the above-captioned case currently set for Friday, January 9, 2026, at 2:30 p.m. Undersigned will be meeting with a lay witness in preparation for another trial at that time in Jamestown, ND, and the other two attorneys will be out of the office. Undersigned has contacted defense counsel in this case who has no objection to this request.

Dated: January 6, 2026

NICHOLAS W. CHASE
United States Attorney

By:    /s/ Alexander J. Stock
ALEXANDER J. STOCK
Assistant United States Attorney
ND Bar ID 07979
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
alexander.stock@usdoj.gov
Attorney for United States