PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Report on Person under Supervision

Name of Person under Supervision:  Justin Ryan Bear Runner     Case Number:   0868 3:22CR00184

Name of Sentencing Judicial Officer:  The Honorable Peter D. Welte, Chief U.S. District Court Judge

Date of Original Sentence:  February 20, 2024

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance |
| Original Sentence: | 26 months imprisonment; 3 years supervised release |

Type of Supervision:  TSR            Date Supervision Commenced:  6/21/2024

### NONCOMPLIANCE SUMMARY

The person under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1) | **On June 14, 2025, Mr. Bear Runner was arrested in Ramsey County, North Dakota for DUI-.08% or greater-1st offense, DUI-Refusal-1st offense, and Driving Under Suspension (36-2025-CR-00299). He pled guilty to DUI-Refusal-1st Offense on September 11, 2025.** *This is in violation of Mandatory Condition 1, which states you must not commit another federal, state, or local crime; and Special Condition 2, which states you must abstain from the use of alcohol.* |

U.S. Probation Officer Action:

It is respectfully recommended that supervision continue in the community with no change to conditions. Mr. Bear Runner was ordered to complete an alcohol and drug evaluation as part of the criminal judgment of case 36-2025-CR-00299. Mr. Bear Runner was to complete that evaluation by November 10, 2025. At this time, he has not completed that assessment but has been directed by this officer to complete such immediately and follow any recommendations.

PROB 12A
(Rev. 2/13)

BearRunner, Justin
0868 3:22CR00184

                                                Respectfully submitted,

                                                /s/ Shylah Leonard
                                                U.S. Probation Officer
                                                Date:  January 14, 2026

---

☒     Approved
☐     Submit a Request for Modifying the Condition or Term of Supervision
☐     Submit a Request for Warrant or Summons
☐     Other

                                                /s/ Peter D. Welte
                                                Signature of Judicial Officer

                                                January 14, 2026
                                                                                  Date