IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | Case No. 3:22-cr-184 |
|     Plaintiff, | \* | |
| -vs- | \* | |
| JESSICA MARIE TROTTIER, a/k/a | \* | **MOTION TO CONTINUE** |
| JESSICA MARIE LATTERGRASS, | \* | **SENTENCING HEARING** |
|     Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW the defendant, Jessica Marie Trottier, a/k/a Jessica Marie Lattergrass (hereinafter "Trottier"), by and through her attorneys, Christopher D. Dohrer and Thomas Cogley of Aberdeen, South Dakota, who respectfully move this Court for an order continuing the sentencing hearing in this case, currently set for Thursday, February 19, 2026 in Fargo, North Dakota. The basis for this motion are as follows:

1. Counsel for Trottier resides in Aberdeen, South Dakota. Today (Wednesday, February 18, 2026), a blizzard is occurring through northeastern South Dakota. No travel is advised at the present time from Aberdeen, South Dakota east to at least Webster, South Dakota, as well as north from Aberdeen to the Jamestown, North Dakota area.

2. Counsel for the parties have spoken, and it is believed that a sentencing hearing will take a full day of court time.

3. Based upon a conference call between the Court and counsel for each party, it is understood that starting the sentencing hearing in the afternoon of Thursday, February 19, and concluding on Friday, February 20, is not feasible for the Court's calendar.

4. As a result, Trottier moves for a continuance of the sentencing hearing scheduled for February 19.

5. Counsel for Trottier has spoken to her by telephone today. She understands the situation, and is in agreement with the motion.

6. This request is made in good faith, and not for reasons of delay, inconvenience to the Court or the parties, etc.

7. The undersigned have spoken with AUSA Alexander Stock, who advises that he does not object to this motion.

WHEREFORE, Defendant Trottier requests that the Court continue the sentencing hearing to the next available date. The undersigned represent that April 9 does work for the defense to conduct the sentencing hearing.

Dated this 18th day of February, 2026.

DOHRER LAW OFFICE


By   /s/ Christopher D. Dohrer
          Attorney for Defendant

418 South Main Street
Aberdeen, South Dakota 57401
Telephone: 605-226-1673
Email: cdohrerlaw@nvc.net

COGLEY LAW OFFICE


By   /s/ Thomas J. Cogley
          Attorney for Defendant
418 South Main Street
Aberdeen, South Dakota 57401
Telephone: 605-725-8920
Email: tom@cogleylaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 18th day of February, 2026, a true and correct copy of the foregoing **Motion to Continue Sentencing Hearing** was served electronically by the clerk's office on:

Mr. Alexander J. Stock
Assistant U.S. Attorney
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

                                                    /s/ *Christopher D. Dohrer*